Cause No. 12-14-00040-CR

Lawrence K.          §          In The
Walker, JR.          §
                     §
Vs.                  §          Twelfth Court
                     §
The State Of Texas   §          Of Appeals

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAY 26 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Motion To
Extend Time To File Appellants Pro Se Breif

To The Honorable Justices Of Said Court;

   Now comes Appellant in the above styled & numbered cause, & moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellant Procedure, & for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2. The case below was styled State v. Lawrence K Walker JR & numbered 114-1268-13

3. Appellant was assessed a sentence of twenty (20) years confinement in the TDCJ-Institutional Division.

4. Appellant was convicted of Indecency w/child Sexual Contact

5. Notice of Appeal was given on Feb 4, 2014.

6. The Appellant's Pro Se Brief is due on May 23, 2015. Appellant request the court an extension of at least fourty-five (45) days.

7. Appellant request an extension of time due to the following facts & circumstances.

A) Appellant has asked his attorney to file a motion for discovery & a motion to compel production & deliver with the trial courts certified & filed stamped. B) Appellant has tried but did not know how to according to the law, so this is why he needs time; because his attorney needs time to help him. C) Appellant also has some case law that the law library has to look up & order. D) It is unknown when the request of the appellant to the attorney will be met, & when the law library will present the case law. The appellant is a Pro Se Defendant who doesn't/haven't studied the law fully; he found out he needed his lawyer's help.

8. Appellant request an extension of time due to the above referenced facts & circumstances, because offender is not done with Pro Se Breif.

9. Appellant prays that this court grant this Motion to Extend Time to File Appellant's Pro Se Breif for a period of fourty-five (45) days, because his attorney is in the process of requesting motions with the trial courts; & for such other & further relief as the court may deem appropiate.

Respectfully Submitted,

Lawrence K. Walker JR.
Smith Unit
1313 County Rd 19
Lamesa, Tx  79331

By: _Lawrence K Walker Jr._
Lawrence K. Walker JR.
Appellant Pro Se Defendant

## Certificate Of Service.

This is to certify that on May 21, 2015, a true & correct copy of the above & foregoing document was served on Smith County District Attorney's Office, 100 N. Broadway, Tyler, Tx 75702, by regular mail.

_Lawrence K. Walker Jr._
Lawrence K. Walker JR.